**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **TESFAY TEFERI HADGU,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:26-CV-301-ADA-DNM** |
| | § | |
| **TODD BLANCHE in his official** | § | |
| **capacity as Acting Attorney General for** | § | |
| **the United States of America,** | § | |
| **MARKWAYNE MULLIN in his** | § | |
| **official capacity as Secretary of the** | § | |
| **Department of Homeland Security,** | § | |
| **TODD LYONS in his official capacity** | § | |
| **as Acting Director of United States** | § | |
| **Immigration and Customs Enforcement** | § | |
| **(ICE), DAREN K. MARGOLIN in his** | § | |
| **official capacity as Director of the** | § | |
| **Executive Office for Immigration** | § | |
| **Review, GABRIEL MARTINEZ in his** | § | |
| **official capacity as Director of the ICE** | § | |
| **Enforcement and Removal Operations** | § | |
| **Houston Field Office, and DEVERY** | § | |
| **MOONEYHAM in his official capacity** | § | |
| **as Warden of the Limestone County** | § | |
| **Detention Center,** | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER FOR SERVICE</u>

Petitioner Tesfay Teferi Hadgu challenges his custody through a Petition for a Writ of Habeas Corpus under United States Code Title 28, Section 2241. Dkt. No. 1. His petition raises issues which require Respondents, through their counsel, to show cause as to why the Court should not grant the relief that Teferi Hadgu seeks. 28 U.S.C. § 2243. Accordingly, the Court **ORDERS** that the Clerk shall serve copies of the Petition and this Order upon the Respondents through their counsel, the United States Attorney for the Western District of Texas.

The Court further **ORDERS** that Respondents shall show cause within THREE days of the entry of this Order. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days following the date of service to respond, as Section 2243 provides.

   **SIGNED** this 11th day of June, 2026.

DAN N. MACLEMORE
UNITED STATES MAGISTRATE JUDGE